1024

[No. 39682-3-II. Division Two. January 11, 2011.]

*In the Matter of the Marriage of* JEAN L. ROBBINS, *Respondent*, and JESSE D. ROBBINS, *Appellant*.

 *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39703-0-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. VALINDA REYNOLDS, *Appellant*.

 *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39720-0-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN LUTHER IPOCK, *Appellant*.

 *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 40014-6-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SANACO PETTIT, *Appellant*.

 *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.